**Motion Granted; Appeal Dismissed and Memorandum Opinion filed October 20, 2011.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-11-00365-CV

———————

### LJR SERVICES, L.L.C., GENERAL PARTNER OF CORPORATE FINANCE PARTNERS, L.P., D/B/A CORPORATE FINANCE ASSOCIATES, Appellant

### V.

### JOHN SIMONETTI, Appellee

**On Appeal from the 152nd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2008-06663A**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed March 25, 2011. On October 12, 2011, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Brown, Boyce, and McCally.